No. 01–9949. CARPENTER *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 01–9950. EASLEY *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 01–9974. TILGHMAN *v.* GALLEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–10022. DAVIS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–10028. PATTERSON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10060. BECKTEL *v.* COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT (MORISSETTE, REAL PARTY IN INTEREST). Sup. Ct. Cal. Certiorari denied.

No. 01–10074. ROBINSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10081. TAYLOR *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–10087. MOSS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 01–10118. ABQUHALIMA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10122. McGEE *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10132. NEWSOME *v.* PHELPS MEMORIAL HOSPITAL CENTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–10141. HERRERO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.